**DISMISS; and Opinion Filed March 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01045-CV

**DUSTIN POOLE, Appellant**
**V.**
**CAPITAL ONE BANK ( USA), N.A., Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-03444-2012**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Lang-Miers

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated July 31, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated July 31, 2013, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By order dated August 22, 2013, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We ordered appellant to pay for the clerk's record and the filing fee within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.

To date, appellant has not paid the filing fee or provided proof of payment for the clerk's record, and the clerk's record has not been filed. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b)(c).


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

131045F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DUSTIN POOLE, Appellant

No. 05-13-01045-CV      V.

CAPITAL ONE BANK ( USA), N.A.,
Appellee

On Appeal from the County Court at Law
No. 6, Collin County, Texas
Trial Court Cause No. 006-03444-2012.
Opinion delivered by Justice Lang-Miers.
Justices Myers and Lewis participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
    It is **ORDERED** that appellee CAPITAL ONE BANK ( USA), N.A. recover its costs of this appeal from appellant DUSTIN POOLE.

Judgment entered this 26th day of March, 2014.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE